UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 16-20267-CR-KMW-13

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

SONIA RODRIGUEZ ESPOSITO,

    Defendant.

_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Patrick A. White's report and recommendations ("Report") (DE 526) regarding Defendant's Motion for Relief from Judgment (DE 507). Defendant did not file objections to the Report.

Upon an independent review of the Report, the record, and applicable case law, it is **ORDERED AND ADJUDGED** that: (1) the conclusions in the Report are **AFFIRMED AND ADOPTED**; (2) Defendant's motion (DE 507) is **DENIED**; and (3) the Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in chambers in Miami, Florida, this 11th day of December, 2018.

                                                            KATHLEEN M. WILLIAMS
                                                            UNITED STATES DISTRICT JUDGE

CC:   Sonia Rodriguez Esposito
       09203-104
       Aliceville Federal Correctional Institution
       Inmate Mail/Parcels
       P.O. Box 4000
       Aliceville, AL 35442